✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Virginia |
| --- | --- | --- |

Zurich American Insurance Company

**NOTICE**

V.

Toby L. Turbyfill
David Neuenschwander

CASE NUMBER:  7-10-cv-282

TYPE OF CASE:

☑ **CIVIL**        ☐ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br><br>U. S. District Court<br>210 Franklin Road, SW<br>Roanoke VA  24011 | ROOM NO.<br>  202 |
| --- | --- |
| | DATE AND TIME<br><br>10/4/2010 2:00 pm |

TYPE OF PROCEEDING

Hearing on Motions

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br> U. S. District Court<br> 210 Franklin Road, SW<br> Roanoke VA  24011 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
| --- | --- | --- |

Julia C. Dudley, Clerk

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| 9/2/2010 | Susan Moody |
| --- | --- |
| DATE | (BY) DEPUTY CLERK |

TO:

All Counsel of Record

Court Reporter Coordinator